# EXHIBIT B

| | |
|---|---|
| DENVER DISTRICT COURT<br>1437 Bannock Street<br>Denver, CO 80202<br>United States<br>(303) 606-2300 | ▲ COURT USE ONLY ▲ |
| Plaintiff: **NOBLE ELITE TELEMONITORING SERVICES, LLC**<br><br><br>v.<br><br><br>Defendant: **ROCKY MOUNTAIN HOSPITAL AND MEDICAL SERVICE, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD** | Case No: 2026CV31212<br><br>Division:<br><br>Courtroom: |
| *Attorneys for Defendant Rocky Mountain Hospital and Medical Service, Inc. d/b/a Anthem Blue Cross and Blue Shield*<br><br>Andrea M. Hicks (CO Bar No. 49781)<br>Troutman Pepper Locke, LLP.<br>100 Spectrum Center Drive, Suite 1500<br>Irvine, CA 92618<br>(949) 622-2419<br>Andrea.Hicks@troutman.com | |
| **ROCKY MOUNTAIN HOSPITAL AND MEDICAL SERVICE, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD'S NOTICE OF FILING NOTICE OF REMOVAL** | |

PLEASE TAKE NOTICE that a Notice of Removal from the District Court of Denver

County, State of Colorado to the United States District Court for the District of Colorado was filed

1

330430251v1

on June 12, 2026[1], thereby effectuating removal of this action, and pursuant to 28 U.S.C. § 1446(d), this Court shall proceed no further.

Dated: June 12, 2026

/s/ *Andrea M. Hicks*
Andrea M. HIcks
Troutman Pepper Locke, LLP.
100 Spectrum Center Drive, Suite 1500
Irvine, CA 92618
Telephone: (949) 622-2419
Andrea.Hicks@troutman.com
*Counsel for Defendant Rocky Mountain Hospital and Medical Service, Inc.  d/b/a Anthem Blue Cross and Blue Shield*

---

[1] A true and correct copy of the Notice of Removal without exhibits is attached hereto as **Exhibit A.**

2

## CERTIFICATE OF SERVICE

I certify that I caused the foregoing to be served upon all persons and entities authorized and registered to receive such service through the Court's Case Management/Electronic Case Files (CM/ECF) system on June 12, 2026. I further certify that a copy was sent by U.S. Mail to:

CALLAGY LAW                                  *Attorney for Plaintiff*
Brian A. Williamson                          Noble Elite Telemonitoring Services, LLC
2550 W. Union Hills Ave., Ste. 350-341
Phoenix, AZ 85027

15100 N. 90th Street
Scottsdale Arizona 85260

Phone: 201.261.1700
Fax:    201.549.8408
E-mail:bwilliamson@callagylaw.com

/s/ *Andrea M. Hicks*
Andrea M. HIcks
*Counsel for Defendant Rocky Mountain*
*Hospital and Medical Service, Inc.  d/b/a*
*Anthem Blue Cross and Blue Shield*

3

330430251v1